UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

        Plaintiff,

   v.

WENDELL MCGOWEN,

        Defendant.
_____/

No. CIV-S-04-2035 MCE/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 19, 2005.

///
///
///
///
///
///
///

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.
5 DATED: September 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2