Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>WENDELL MCGOWEN,<br><br>  Defendant. | Case No.: CIV-S-04-2035 MCE KJM<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT WENDELL MCGOWEN AND REQUEST TO RETAIN JURISDICTION** |

## **ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant WENDELL MCGOWEN and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1)   Defendant WENDELL MCGOWEN is hereby dismissed from this action without prejudice;

(2)   Each of said parties to bear its/his own costs and attorneys' fees; and

/ / /

/ / /

/ / /

///

(3) The Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and Defendant WENDELL MCGOWEN to enforce the terms described above of the Settlement Agreement between those parties dated August 23, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: September 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-