Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| DIRECTV, INC., a California corporation, | Case No. CIV-S-04-2035 MCE KJM |
|---|---|
| Plaintiff, | Hon. Morrison C. England, Jr. |
| vs. | **ORDER DISMISSING DEFENDANT WENDELL MCGOWEN** |
| WENDELL MCGOWEN, | |
| Defendant. | |

Having read the Request for Voluntary Dismissal of Defendant Wendell McGowen filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant Wendell McGowen;

2. Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

DATED: October 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE